We have considered the other points raised and find them to be without merit.

The appeal from the order of said court entered on March 13, 1984, denying the motion to set aside the jury verdict and for other relief, is dismissed as academic, without costs. Concur — Murphy, P. J., Sullivan, Carro, Lynch and Ellerin, JJ.

■ JOSEPH FORMICA et al., Appellants, v CHARLES J. D'ARRIGO, Respondent.

No opinion. Concur — Murphy, P. J., Kupferman, Sullivan, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEOFFREY NICHOLLS, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Asch, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN CARRERAS, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Bloom, Kassal and Ellerin, JJ.